JACK RUSSO (State Bar No. 96068)
RUSSO & HALE LLP
401 Florence Street
Palo Alto, CA 94301
Telephone: (650) 327-9800
Facsimile: (650) 327-3737
Email: jrusso@computerlaw.com

Attorneys for Defendant
THANOS TRIANT

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION IN ITS CAPACITY AS RECEIVER FOR ALTO TECH II, L.P, <br><br> Plaintiff, <br><br> vs. <br><br> ALTO TECH VENTURES, LLC, a Delaware limited liability company; ALTO TECH MANAGEMENT, LLC, a California limited liability company; GLORIA CHEN WAHL, an individual; WALTER T.G. LEE, an individual; and THANOS TRIANT, an individual, <br><br> Defendants. | Case No. C-07-4530 SC <br><br> JOINT STIPULATION AND [PROPOSED] ORDER |

WHEREAS, the Complaint in this action ("Complaint") was filed on August 31, 2007 by Plaintiff United States Small Business Administration in its capacity as Receiver for Alto Tech II, L.P. ("Plaintiff");

WHEREAS, Defendant Thanos Triant ("Defendant Triant") was served with the summons and complaint effective September 17, 2007 and a response to the Complaint is currently due October 8, 2007;

WHEREAS, Jack Russo, attorney for Defendant Triant, is in trial in Texas for most of

1  October 2007 and therefore needs a time extension to resolve these matters;

2      WHEREAS, Gregory Nuti, attorney for Plaintiff, has agreed to such a time extension.

3      NOW, THEREFORE, it is stipulated (by this "Stipulation") and agreed as follows:

4      1.    Defendant Triant shall have until November 6, 2007 to answer, move, or otherwise respond to the Complaint.

    2.    This Stipulation is without prejudice to and in no way constitutes a waiver of either Party's position in this matter. Both parties reserve all rights.

    IN WITNESS WHEREOF, the parties have, through their respective counsel, entered this Stipulation on this ___ day of September 2007 and are duly filing it with the Court for the Court's approval.

SCHNADER HARRISON SEGAL & LEWIS LLP

By: _____
Gregory C. Nuti

Attorneys for Plaintiff
UNITED STATES SMALL
BUSINESS ADMINISTRATION
IN ITS CAPACITY AS RECEIVER
FOR ALTO TECH II, L.P.

RUSSO & HALE LLP

By: _____
Jack Russo

Attorneys for Defendant
THANOS TRIANT

    FOR GOOD CAUSE SHOWN, the Stipulation as set forth above is adopted as an Order of this Court.

Dated: _____        _____
                                                                Judge of the District Court