UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION IN ITS CAPACITY AS RECEIVER FOR ALTO TECH II, L.P., <br><br> Plaintiff, <br><br> v. <br><br> ALTO TECH II, LLP, <br><br> Defendant. <br>_____/ | No. C-06-3879 EMC <br><br> **ORDER FINDING CASES NON-RELATED** <br><br> **(Docket No. 28)** |

  The Court, having reviewed Plaintiff's administrative notice seeking to relate *United States Small Business Administration, in its capacity as Receiver of Alto Tech II, LP v. Alto Tech Ventures, LLC, et al.*, case no. 07-4530 SC to the instant case, Defendants' opposition thereto, and good cause appearing therefor, the Court finds the two cases are not related under Local Rule 3-12.

  This Court's administration of the receivership and authorization of action No. 07-4530 has not required it to delve into the merits of that suit. The issues are not substantially related. No substantial judicial economy would be obtained by relating the cases. Moreover, Defendants in

///
///
///
///

action No. 07-4530 refuse to consent to magistrate judge jurisdiction, further undermining any judicial economy in relating the cases.

This order disposes of Docket No. 28.

IT IS SO ORDERED

Dated: October 1, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge