1  JACK RUSSO (State Bar No. 96068)
   RUSSO & HALE LLP
2  401 Florence Street
   Palo Alto, CA 94301
3  Telephone: (650) 327-9800
   Facsimile: (650) 327-3737
4  Email: jrusso@computerlaw.com

5  Attorneys for Defendant
   THANOS TRIANT

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION IN ITS CAPACITY AS RECEIVER FOR ALTO TECH II, L.P,<br><br>Plaintiff,<br><br>vs.<br><br>ALTO TECH VENTURES, LLC, a Delaware limited liability company; ALTO TECH MANAGEMENT, LLC, a California limited liability company; GLORIA CHEN WAHL, an individual; WALTER T.G. LEE, an individual; and THANOS TRIANT, an individual,<br><br>Defendants. | Case No. C-07-4530 SC<br><br>JOINT STIPULATION AND [PROPOSED] ORDER |

WHEREAS, the Complaint in this action ("Complaint") was filed on August 31, 2007 by Plaintiff United States Small Business Administration in its capacity as Receiver for Alto Tech II, L.P. ("Plaintiff");

WHEREAS, Defendant Thanos Triant ("Defendant Triant") was served with the summons and complaint effective September 17, 2007 and a response to the Complaint is currently due October 8, 2007;

WHEREAS, Jack Russo, attorney for Defendant Triant, is in trial in Texas for most of

October 2007 and therefore needs a time extension to resolve these matters;

WHEREAS, Gregory Nuti, attorney for Plaintiff, has agreed to such a time extension.

NOW, THEREFORE, it is stipulated (by this "Stipulation") and agreed as follows:

1. Defendant Triant shall have until November 6, 2007 to answer, move, or otherwise respond to the Complaint.

2. This Stipulation is without prejudice to and in no way constitutes a waiver of either Party's position in this matter. Both parties reserve all rights.

IN WITNESS WHEREOF, the parties have, through their respective counsel, entered this Stipulation on this ___ day of September 2007 and are duly filing it with the Court for the Court's approval.

| | |
|---|---|
| SCHNADER HARRISON SEGAL & LEWIS LLP | RUSSO & HALE LLP |
| By: _____ Gregory C. Nuti | By: _____ Jack Russo |
| Attorneys for Plaintiff UNITED STATES SMALL BUSINESS ADMINISTRATION IN ITS CAPACITY AS RECEIVER FOR ALTO TECH II, L.P. | Attorneys for Defendant THANOS TRIANT |

FOR GOOD CAUSE SHOWN, the Stipulation as set forth above is adopted as an Order of this Court.

Dated: October 3, 2007

_____
Judge
Judge Samuel Conti

IT IS SO ORDERED