JACK RUSSO (State Bar No. 96068)
JOHN KELLEY (State Bar No. 100714)
RUSSO & HALE LLP
401 Florence Street
Palo Alto, CA 94301
Telephone: (650) 327-9800
Facsimile: (650) 327-3737
Email: jrusso@computerlaw.com
Email: jkelley@computerlaw.com

Attorneys for Defendant
THANOS TRIANT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| United States Small Business Administration in its capacity as Receiver for Alto Tech II, L.P.,<br><br>    Plaintiff,<br><br>    vs.<br><br>Alto Tech Ventures, LLC, a Delaware limited liability company; Alto Tech Management, LLC, a California limited liability company; Gloria Chen Wahl, an individual; Walter T.G. Lee, an individual, and Thanos Triant, an individual,<br><br>    Defendants. | Case No.  C 07 4530 SC<br><br>**DEFENDANT THANOS TRIANT'S DEMAND FOR JURY TRIAL** |

## DEMAND FOR JURY TRIAL

    Defendant THANOS TRIANT hereby demands a jury trial as provided by Rule 38 of the Federal Rules of Civil Procedure.

                                                                Respectfully submitted,

Dated: November 5, 2007                      RUSSO & HALE LLP

                                                                By:    /s/ *Jack Russo*
                                                                    Jack Russo, Attorney for Defendant Triant