1  JACK RUSSO (State Bar No. 96068)
   JOHN KELLEY (State Bar No. 100714)
2  RUSSO & HALE LLP
   401 Florence Street
3  Palo Alto, CA 94301
   Telephone: (650) 327-9800
4  Facsimile: (650) 327-3737
   Email: jrusso@computerlaw.com
5  Email: jkelley@computerlaw.com

6  Attorneys for Defendant
   THANOS TRIANT
7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11 | United States Small Business Administration in its capacity as Receiver for Alto Tech II, L.P., | Case No. C 07 4530 SC |
|---|---|
12 |  | **PROOF OF SERVICE** |
13 | Plaintiff, |  |
14 | vs. |  |
15 | Alto Tech Ventures, LLC, a Delaware limited liability company; Alto Tech Management, LLC, a California limited liability company; Gloria Chen Wahl, an individual; Walter T.G. Lee, an individual, and Thanos Triant, an individual, |  |
16 |  |  |
17 |  |  |
18 | Defendants. |  |
19

20     I am a resident of the State of California, over the age of eighteen years, and not a party to

21 the within action.  I work with the law firm of RUSSO & HALE LLP, whose address is 401

22 Florence Street, Palo Alto, California 94301.  On November 5, 2007, I caused to be served the

23 following document(s) on the person(s) listed below by the method(s) listed below:

24     1. DEFENDANT THANOS TRIANT'S ANSWER TO COMPLAINT

25     2. PROOF OF SERVICE [UNEXECUTED]

26     //

27     //

28     //

---

RUSSO & HALE LLP
Palo Alto, California
www.computerlaw.com ™

**Proof of Service**                           1                        Case No. C 07 4530 SC

| | |
|---|---|
| ☒ MAIL: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, the document(s) described herein would be sealed in an envelope which would be deposited with the United States Postal Service on the above-listed date with postage thereon fully prepaid in the ordinary course of business. | ☒ FAX: I caused to be transmitted via facsimile the document(s) listed above to the fax number(s) set forth below on above-listed date. The transmission was reported as complete and without error by the facsimile machine at telephone number (650) 327-3737. |
| ☐ HAND: I personally delivered the above-listed documents on the date set forth above to an authorized courier to be served by hand by said courier on the date set forth above to the person(s) at the address(es) set forth below. | ☐ ELECTRONIC MAIL: I caused to be transmitted the above-referenced document(s) via electronic mail to the persons at the e-mail addresses set forth below. |
| ☐ FEDEX: I am readily familiar with the practice of Russo & Hale LLP for collection and processing of correspondence for overnight delivery and know that the document(s) described herein were deposited on the date set forth below in a box or other facility regularly maintained by FedEx for overnight delivery in an envelope or package designated by FedEx with delivery fees paid or provided for, addressed to the person(s) at the address(es) set forth below. | ☐ PERSONAL: I personally served the above-listed documents to the person(s) at the address(es) set forth below by: (a) handing to the person(s); or, (b) leaving it at the person's(s) office with a clerk or other person in charge, or if no on was in charge, leaving it in a conspicuous place in the office. |

| | |
|---|---|
| Gregory C. Nuti, Esq.<br>Schnader Harrison Segal & Lewis LLP<br>One Montgomery Street, Suite 2200<br>San Francisco, CA 94104-5501<br>Telephone: (415) 364-6700<br>Facsimile: (415) 364-6785<br>gnuti@schnader.com | Craig M. White, Esq.<br>Attorney for G. Wahl & W. Lee<br>Wildman, Harrold, Allen & Dixon LLP<br>225 West Wacker Drive, Suite 2800<br>Chicago, IL 60606<br>Telephone: (312) 201-2530<br>Facsimile: (312) 416-4789<br>white@wildman.com |
| Arlene P. Messinger, Esq.<br>Assistant General Counsel for SBIC Enforcement<br>U.S. Small Business Administration<br>409 3rd Street, S.W., Seventh Floor<br>Washington, D.C. 20416<br>Telephone: (202) 205-6857<br>Facsimile: (202) 481-0325 | |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct based upon my personal knowledge.

Executed on November 5, 2007 at Palo Alto, California.

                                             /s/ Patricia Judge<br>
                                             Patricia Judge