UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. Small Business Administration in its
capacity as Receiver for Alto Tech II, L.P.,

Plaintiff(s),

v.

Alto Tech Ventures, LLC, et. al.,

Defendant(s).

CASE NO. C07-4530 SC

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

☐ have not yet reached an agreement to an ADR process
✓ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference December 7, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Gregory C. Nuti | Plaintiff | 415-364-6717 | gnuti@schnader.com |
| Craig White | Gloria Wahl and Walter Lee | 312-201-2530 | white@wildman.com |
| Jack Russo | Thanos Triant | 650-327-9800 | jrusso@computerlaw.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 11/16/2007

Gregory C. Nuti
Attorney for Plaintiff

Dated: 11/16/2007

Craig White  Jack Russo
Attorney for Defendant

Rev 12.05

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. Small Business Administration in its
capacity as Receiver for Alto Tech II, L.P.,

        Plaintiff(s),

v.

Alto Tech Ventures, LLC, et. al.,

        Defendant(s).

CASE NO. C07-4530 SC

NOTICE OF NEED FOR ADR PHONE
CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

    have not yet reached an agreement to an ADR process
✓   request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference December 7, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Gregory C. Nuti | Plaintiff | 415-364-6717 | gnuti@schnader.com |
| Craig White | Gloria Wahl and Walter Lee | 312-201-2530 | white@wildman.com |
| Jack Russo | Thanos Triant | 650-327-9800 | jrusso@computerlaw.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 11/16/2007

Dated: 11/16/2007

Gregory C. Nuti
Attorney for Plaintiff

Craig White / Jack Russo
Attorney for Defendant Thanos Triant
11-16-2007

Rev 12.05