UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. Small Business Administration in its
capacity as Receiver for Alto Tech II, LP,
          Plaintiff(s).

Case No. C 07-4530

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

Alto Tech Ventures, LLC, et al.

          Defendant(s).

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 11-18-07

Dated: 11/21/07

[Party] Walter T.G. Lee

[Counsel]