| | |
|---|---|
| 1 | Craig M. White (to be admitted *pro hac vice*) |
| 2 | Chung-Han Lee (SBN 231950)<br>WILDMAN, HARROLD, ALLEN & DIXON, LLP |
| 3 | 225 West Wacker Drive, Suite 2800<br>Chicago, Illinois 60606 |
| 4 | Tel: (312) 201-2000<br>Fax: (312) 201-2555 |
| 5 | white@wildman.com<br>chunglee@wildman.com |
| 6 | Damien P. Lillis (SBN 191258) |
| 7 | The Davis Law Firm, APC<br>625 Market Street, 12th Floor |
| 8 | San Francisco, California 94105<br>Tel: (415) 278-1400 |
| 9 | Fax: (415) 278-1417<br>DLillis@sfdavislaw.com |
| 10 | Attorneys for Defendants<br>Gloria Chen Wahl and Walter T.G. Lee |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| United States Small Business Administration in its capacity as Receiver for Alto Tech II, L.P.,<br><br>    Plaintiff,<br><br>vs.<br><br>Alto Tech Ventures, LLC, a Delaware limited liability company; Alto Tech Management, LLC, a California limited liability company; Gloria Chen Wahl, an individual; Walter T.G. Lee, an individual, and Thanos Triant, an individual,<br><br>    Defendants. | Case No. C 07 4530 SC<br><br><br><br>**CERTIFICATE OF SERVICE RE ADR CERTIFICATION BY PARTIES AND COUNSEL** |

**CERTIFICATE OF SERVICE**

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of eighteen years and not a party to the within action. I am employed in the City of Chicago, County of Cook, Illinois; my business address is 225 West Wacker Drive, 28th Floor, Chicago, Illinois 60606.

On the date below, I served a copy, with all exhibits, of the following document:

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

on all interested parties in the action, as follows:

X   **By ECF Filing on**:

Jack Russo, Esq.
jrusso@computerlaw.com

Damien P. Lillis
dlillis@sfdavislaw.com

Gregory Caesar Nuti
gnuti@schnader.com

John A. D. Kelley
jkelley@computerlaw.com

X   **By Mail on**:

Arlene P. Messinger
US Small Business Administration
409 3rd Street SW 7th Floor
Washington, DC 20416

I caused an envelope to be deposited in the Mail at Chicago, Illinois with postage thereon fully prepaid. I am readily familiar with my firm's practice for collection and processing of correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Chicago, Illinois in sealed envelopes with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Chicago, Illinois on November 21, 2007.

/s/ Loretta Rosiejka