Gregory C. Nuti (Bar No. 151754)
Schnader Harrison Segal & Lewis LLP
One Montgomery Street, Suite 2200
San Francisco, CA 94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785

Arlene P. Messinger
Assistant General Counsel for SBIC Enforcement
U.S. Small Business Administration
409 3rd Street, S.W., Seventh Floor
Washington, D.C. 20416
Telephone (202) 205-6857
Facsimile (202) 481-0325

Attorneys for Plaintiff,
United States Small Business Administration
in its capacity as Receiver for Alto Tech II, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| United States Small Business Administration in its capacity as Receiver for Alto Tech II, L.P.,<br><br>Plaintiff,<br><br>vs.<br><br>Alto Tech Ventures, LLC, a Delaware limited liability company; Alto Tech Management, LLC, a California limited liability company; Gloria Chen Wahl, an individual; Walter T.G. Lee, an individual and Thanos Triant, an individual,<br><br>Defendants. | Case No. C07 4530 SC<br><br>**REQUEST FOR ENTRY OF DEFAULT (ALTO TECH MANAGEMENT, LLC)** |

Plaintiff the United States Small Business Administration in its capacity as Receiver ("Receiver") for Alto Tech II, L.P. ("Alto Tech") hereby requests that the Clerk of the United States District Court for the Northern District of California enter the default of Defendant Alto Tech Management, LLC ("Alto Tech Management") in the above captioned proceeding pursuant to Rule 55 of the Federal Rules of Civil Procedure. In support hereof, the Receiver states as follows:

///

///

1

1  The Receiver commenced the instant proceeding by filing its Complaint for: (1) Breach of Fiduciary Duty; (2) Negligence; (3) Breach of Partnership Agreement; and (4) Breach of Management Agreement on August 31, 2007 ("Complaint").

On October 15, 2007, defendant Alto Tech Management, LLC executed a Waiver of Summons pursuant to Federal Rule of Civil Procedure 4 ("Rule 4 Waiver"). A copy of the Rule Waiver was filed with this Court on October 16, 2007 along with a Certificate of Service Re Waiver of Service of Summons Pursuant to Rule 4 of Federal Rule of Civil Procedure. A true and correct copy of the Certificate of Service Re Waiver of Service of Summons Pursuant to Rule 4 of Federal Rule of Civil Procedure is attached to the Declaration of Gregory C. Nuti In Support of Entry of Default as Exhibit A.

Pursuant to the Rule 4 Waiver, Alto Tech Management was to file a responsive pleading on or before November 6, 2007. Alto Tech Management has not filed an answer, a motion, or other pleading in response to the Complaint. Nor has Alto Tech Management requested or been granted an extension of time to file an answer or other responsive pleading in this matter.

WHEREFORE, the Receiver respectfully requests that default be entered against Defendant Alto Tech Management, LLC.

Dated: November 27, 2007        SCHNADER HARRISON SEGAL & LEWIS LLP


By: /s/ Gregory C. Nuti
    Gregory C. Nuti
    Attorney for Plaintiff, the United States
    Small Business Administration in its
    capacity as Receiver for Alto Tech II, L.P.