1  Gregory C. Nuti (Bar No. 151754)
   Schnader Harrison Segal & Lewis LLP
2  One Montgomery Street, Suite 2200
   San Francisco, CA 94104-5501
3  Telephone: 415-364-6700
   Facsimile: 415-364-6785
4
   Arlene P. Messinger
5  Assistant General Counsel for SBIC Enforcement
   U.S. Small Business Administration
6  409 3rd Street, S.W., Seventh Floor
   Washington, D.C. 20416
7  Telephone (202) 205-6857
   Facsimile (202) 481-0325
8
   Attorneys for Plaintiff,
9  United States Small Business Administration
   in its capacity as Receiver for Alto Tech II, L.P.
10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

14  United States Small Business Administration in    Case No. C07 4530 SC
    its capacity as Receiver for Alto Tech II, L.P.,
                                                      **REQUEST FOR ENTRY OF DEFAULT**
15                  Plaintiff,                        **(ALTO TECH VENTURES, LLC)**

16          vs.

17  Alto Tech Ventures, LLC, a Delaware limited
    liability company; Alto Tech Management,
18  LLC, a California limited liability company;
    Gloria Chen Wahl, an individual; Walter T.G.
19  Lee, an individual and Thanos Triant, an
    individual,
20
                    Defendants.
21

22         Plaintiff the United States Small Business Administration in its capacity as Receiver

23  ("Receiver") for Alto Tech II, L.P. ("Alto Tech") hereby requests that the Clerk of the United

24  States District Court for the Northern District of California enter the default of Defendant Alto

25  Tech Ventures, LLC ("Alto Tech Ventures") in the above captioned proceeding pursuant to Rule

26  55 of the Federal Rules of Civil Procedure. In support hereof, the Receiver states as follows:

27         The Receiver commenced the instant proceeding by filing its Complaint for: (1) Breach

28  of Fiduciary Duty; (2) Negligence; (3) Breach of Partnership Agreement; and (4) Breach of

                                                 1

1  Management Agreement on August 31, 2007 ("Complaint").

2  On October 15, 2007, defendant Alto Tech Ventures, LLC executed a Waiver of Summons pursuant to Federal Rule of Civil Procedure 4 ("Rule 4 Waiver").  A copy of the Rule Waiver was filed with this Court on October 16, 2007 along with a Certificate of Service Re Waiver of Service of Summons Pursuant to Rule 4 of Federal Rule of Civil Procedure.  A true and correct copy of the Certificate of Service Re Waiver of Service of Summons Pursuant to Rule 4 of Federal Rule of Civil Procedure is attached to the Declaration of Gregory C. Nuti In Support of Entry of Default as Exhibit A.

Pursuant to the Rule 4 Waiver, Alto Tech Ventures was to file a responsive pleading on or before November 6, 2007.  Alto Tech Ventures has not filed an answer, a motion, or other pleading in response to the Complaint.  Nor has Alto Tech Ventures requested or been granted an extension of time to file an answer or other responsive pleading in this matter.

WHEREFORE, the Receiver respectfully requests that default be entered against Defendant Alto Tech Ventures, LLC.

Dated: November 27, 2007                SCHNADER HARRISON SEGAL & LEWIS LLP

By:  /s/ Gregory C. Nuti
     Gregory C. Nuti
     Attorney for Plaintiff, the United States
     Small Business Administration in its
     capacity as Receiver for Alto Tech II, L.P.

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
TELEPHONE: 415-364-6700

PHDATA 3031017_1                                                Request for Entry of Default