**EXHIBIT A**

E-FILED
DATE: 10-16-07
DOCKET NO: 8
FOR RECORDS USE ONLY:
I MANAGE NO: _____

1  Gregory C. Nuti (Bar No. 151754)
   Schnader Harrison Segal & Lewis LLP
2  One Montgomery Street, Suite 2200
   San Francisco, CA 94104-5501
3  Telephone: 415-364-6700
   Facsimile: 415-364-6785
4  gnuti@schnader.com

5  Arlene P. Messinger
   Assistant General Counsel for SBIC Enforcement
6  U.S. Small Business Administration
   409 3rd Street, S.W., Seventh Floor
7  Washington, D.C. 20416
   Telephone (202) 205-6857
8  Facsimile (202) 481-0325

9  Attorneys for Plaintiff,
   United States Small Business Administration in its
10 capacity as Receiver for Alto Tech II, L.P.

11                UNITED STATES DISTRICT COURT
12                NORTHERN DISTRICT OF CALIFORNIA
13                    SAN FRANCISCO DIVISION

14 United States Small Business Administration in     Case No. C 07-4530 SC
   its capacity as Receiver for Alto Tech II, L.P.,
15
                  Plaintiff,                          **CERTIFICATE OF SERVICE RE
16                                                    WAIVER OF SERVICE OF SUMMONS
          vs.                                         PURSUANT TO RULE 4 OF FEDERAL
17                                                    RULES OF CIVIL PROCEDURE**
   Alto Tech Ventures, LLC, a Delaware limited
18 liability company; Alto Tech Management,
   LLC, a California limited liability company;
19 Gloria Chen Wahl, an individual; Walter T.G.
   Lee, an individual and Thanos Triant, an
20 individual,

21                Defendants.

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
TELEPHONE: 415-364-6700

PHDATA 2927812_1

10-16-07
CERTIFICATE OF SERVICE
Case No. C 07-4530

♦AO 399 (Rev. 10/95)

Clear Form

# WAIVER OF SERVICE OF SUMMONS

(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, __Alto Tech Ventures, LLC__ ☐ , acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of __United States Small Business Administration in capacity as Receiver for Alto Tech II, L.P. v. Alto Tech Ventures, et.__ ☐ ,
(CAPTION OF ACTION)

which is case number __C 07-4530 SC__ in the United States District Court
(DOCKET NUMBER)

for the Northern District of California.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after __September 5, 2007__ ,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

__10 . 15. 2007__        __Gloria Wahl__ (signature)
(DATE)                    (SIGNATURE)

Printed/Typed Name: __Gloria Wahl__

As __Manager__ of __AltoTech Ventures__
    (TITLE)              (CORPORATE DEFENDANT)

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

**Service of Process:**

3:07-cv-04530-SC United States Small Business Administration in Capacity as Receiver for Alto Tech II, L.P. v. Alto Tech Ventures, LLC et al
ADRMOP, E-Filing

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at for more information.

The following transaction was received from by Nuti, Gregory entered on 10/16/2007 5:15 PM and filed on 10/16/2007

**Case Name:** United States Small Business Administration in Capacity as Receiver for Alto Tech II, L.P. v. Alto Tech Ventures, LLC et al
**Case Number:** 3:07-cv-4530
**Filer:** United States Small Business Administration in its capacity as Receiver for Alto Tech II, LP
**Document Number:** 8

**Docket Text:**
CERTIFICATE OF SERVICE by United States Small Business Administration in its capacity as Receiver for Alto Tech II, LP re [1] Complaint, *Certificate of Service Re Waiver of Service of Summons Pursuant to Rule 4 of Federal Rules of Civil Procedure* (Nuti, Gregory) (Filed on 10/16/2007)

**3:07-cv-4530 Notice has been electronically mailed to:**

Gregory Caesar Nuti    gnuti@schnader.com

**3:07-cv-4530 Notice has been delivered by other means to:**

Arlene P. Messinger

https://ecf.cand.uscourts.gov/cgi-bin/Dispatch.pl?493663363118808                    10/16/2007

US Small Business Administration
409 3rd St SW 7th Flr
Washington, DC 20416

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** H:\ecf\SBA-Alto Tech_10-16-2007_COS Waiver of Service\COS Re Waiver of Service of Summons.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=10/16/2007] [FileNumber=3833073-0]
[1d7a19c9104c03c32547b7a031e258eda38919568ccbd6404d16ee7910909df214a3
1087e463c5a9f1076dbed38b5697d89bbc562c2442aeaed41742687f427c]]