1  Gregory C. Nuti (Bar No. 151754)
   Schnader Harrison Segal & Lewis LLP
2  One Montgomery Street, Suite 2200
   San Francisco, CA 94104-5501
3  Telephone: 415-364-6700
   Facsimile: 415-364-6785
4
   Arlene P. Messinger
5  Assistant General Counsel for SBIC Enforcement
   U.S. Small Business Administration
6  409 3rd Street, S.W., Seventh Floor
   Washington, D.C. 20416
7  Telephone (202) 205-6857
   Facsimile (202) 481-0325
8
   Attorneys for Plaintiff,
9  United States Small Business Administration
   in its capacity as Receiver for Alto Tech II, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| United States Small Business Administration in its capacity as Receiver for Alto Tech II, L.P., | Case No. C07-4530 SC |
|---|---|
| Plaintiff, | **CERTIFICATE OF SERVICE RE REQUEST FOR ENTRY OF DEFAULT; AND OTHER RELATED DOCUMENTS (ALTO TECH VENTURES, LLC)** |
| vs. | |
| Alto Tech Ventures, LLC, a Delaware limited liability company; Alto Tech Management, LLC, a California limited liability company; Gloria Chen Wahl, an individual; Walter T.G. Lee, an individual and Thanos Triant, an individual, | |
| Defendant. | |

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
TELEPHONE: 415-364-6700

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of eighteen years and not a party to the within action. I am employed in the City and County of San Francisco, California; my business address is One Montgomery Street, Suite 2200, San Francisco, California 94104.

On the date below, I served a copy, with all exhibits, of the following document

**REQUEST FOR ENTRY OF DEFAULT (ALTO TECH VENTURES, LLC)**

**DECLARTATION OF GREGORY C. NUTI IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT (ALTO TECH VENTURES, LLC)**

On all interested parties in this action addressed as follows:

| | |
|---|---|
| Craig M. White, Esq.<br>Chung Lee, Esq.<br>Attorney for G. Wahl & W. Lee<br>Wildman, Harrold, Allen & Dixon LLP<br>225 West Wacker Drive, Suite 2800<br>Chicago, IL 60606 | Edwin L. Joe, Esq.<br>U.S. Small Business Administration<br>455 Market Street, 6th Floor<br>San Francisco, CA 94105 |
| Jack Russo, Esq.<br>Attorney for Thanos Triant<br>Russo & Hale LLP<br>401 Florence Street<br>Palo Alto, CA 94301 | Damien P. Lillis<br>The Davis Law Firm, APC<br>625 Market Street, 12th Floor<br>San Francisco, CA 94105 |

☒ **By mail.** I caused an envelope to be deposited in the Mail at San Francisco, California with postage thereon fully prepaid. I am readily familiar with my firm's practice for collection and processing of correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California in sealed envelopes with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in San Francisco, California on November 27, 2007.

/s/ Yolanda Johnson
Yolanda Johnson

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
TELEPHONE: 415-364-6700

2
PHDATA 3031958_1
CERTIFICATE OF SERVICE
Case No. C07-4530