```
                                                                    FILED
                                                                  NOV 2 8 2007
                                                              RICHARD W. WIEKING
                                                              CLERK, U.S. DISTRICT COURT
                          UNITED STATES DISTRICT COURT        NORTHERN DISTRICT OF CALIFORNIA
                             Northern District of California
```

| | |
|---|---|
| United States Small Business Administration, in its capacity as Receiver for Alto Tech II, L.P., | CASE NO. C 07-4530 SC |
| Plaintiff(s), | ~~(Proposed)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| Alto Tech Ventures, LLC, et al. | |
| Defendant(s). | |

CRAIG M. WHITE, an active member in good standing of the bar of THE STATE OF ILLINOIS whose business address and telephone number (particular court to which applicant is admitted) is

Wildman, Harrold, Allen & Dixon, LLP, 225 West Wacker Drive, 28th Floor, Chicago, Illinois, 60606-1229, (312) 201-2000, white@wildman.com

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing GLORIA C. WAHL and WALTER T.G. LEE

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 11/28/07

_____
United States District Judge

| Clerk's Use Only |
|---|
| Initial for fee pd.: |

CRAIG M. WHITE
WILDMAN HARROLD ALLEN & DIXON, LLP
225 West Wacker Drive, 28th Floor
Chicago, Illinois 60606-1229
(312) 201-2000; white@wildman.com


ORIGINAL FILED
07 NOV 20 PM 2: 39
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DIST. OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

United States Small Business
Administration, in its capacity as Receiver
for Alto Tech II, L.P.,

    Plaintiff(s),

v.

Alto Tech Ventures, LLC, et al.,

    Defendant(s).

CASE NO. C 07-4530 SC

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, CRAIG M. WHITE, an active member in good standing of the bar of THE STATE OF ILLINOIS, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Gloria C. Wahl & Walter T.C. Lee in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Damien P. Lillis, The Davis Law Firm, 625 Market Street, 12th Floor
San Francisco, California 94105, (415) 278-1416, DLillis@sfdavislaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/31/2007