**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

December 6, 2007

RE:  CV 07-04530 SC         UNITED STATES SMALL BUSINESS-v- ALTO TECH VENTURES LLC

Default is entered as to defendant(s) Alto Tech Ventures, LLC and Alto Tech Management, LLC on 12/6/007.

RICHARD W. WIEKING, Clerk

*[signature]*

by Alfred Amistoso  
Case Systems Administrator

NDC TR-4  Rev. 3/89