UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

C-07-4530        SAMUEL CONTI              DATE 12/7/07
Case Number      Judge

Title: U.S. SMALL BUSINESS      vs ALTO TEFH VENTURES, et al.

Attorneys: GREGORY NUTI           JACK RUSSO, DAMIEN LILLIS

Deputy Clerk: T. De Martini    Court Reporter: Katherine Wyatt

Court   Pltf's   Deft's
(xxx)   ( )      ( )    1. Status Conference - Held

( )     ( )      ( )    2.

( )     ( )      ( )    3.

( )     ( )      ( )    4.

( )     ( )      ( )    5.

( )Motion(s): ( )Granted ( )Denied ( )Withdrawn

( )Granted/Denied ( )Off Calendar ( )Submitted

Order to be Prepared by:( )Pltf ( )Deft ( )Court

Discovery Cutoff:_____ Pretrial Statements Due_____

Case Continued to _____ for Pretrial Conference

Case Continued to _____ for Court/Jury Trial

Case Continued to 4/25/08 @ 10:00 A.M. for Further Status Conference

Case Continued to _____ for _____

CASE REFERRED TO U.S. MAGISTRATE JUDGE WAYNE D. BRAZIL

for a Settlement Conference

Opening Briefs_____ Answer_____ Reply_____

Deemed Submitted on_____

ORDERED AFTER HEARING:

cc Wings, Sarah