UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION IN ITS CAPACITY AS RECEIVER FOR ALTO TECH II, LP,<br><br>    Plaintiff,<br><br>    v.<br><br>ALTO TECH VENTURES, LLC, *et al.*,<br><br>    Defendants.<br>_____/ | No. C 07-4530 SC (WDB)<br><br>CLERK'S NOTICE OF SETTLEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a settlement conference will take place on **Thursday, March 13, 2008, at 2:00 p.m.,** in Courtroom 4, 3rd Floor, United States Courthouse, 1301 Clay Street, Oakland, California 94612. **By no later than Thursday, March 6, 2008,** each party must lodge with the Magistrate Judge a Confidential Settlement Conference Statement. **This Statement must be lodged at the Oakland, California courthouse.** See Magistrate Judge Brazil's Settlement Conference Standing Order, a copy of which can be found on the Court's website at www.cand.uscourts.gov.

Lead trial counsel must appear at the Settlement Conference with the parties and with the person or persons having **full authority** to negotiate and settle the case. If an insurance company's agreement would be necessary to achieve a settlement herein, a representative of the

insurance company with full authority to negotiate and settle up to the limits of coverage also must attend the settlement conference.

The parties must notify Magistrate Judge Brazil's law clerk immediately at 510-637-3324 if this case settles prior to the date set for settlement conference.

Dated: December 13, 2007

                                        Richard W. Wieking, Clerk
                                        United States District Court

By:  Hera Kim
      Law Clerk/Deputy Clerk

cc:    SC
       WDB
       Wings

2