UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States Small Business Administration in its Capacity as Receiver for Alto Tech II, LP,<br><br>Plaintiff,<br><br>v.<br><br>Alto Tech Ventures, LLC, et al,<br><br>Defendants.<br>_____/ | No. C 07-4530 SC (WDB)<br><br>CLERK'S NOTICE RESCHEDULING SETTLEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that, pursuant to the parties' request, the settlement conference scheduled for March 13, 2008, in Courtroom 4, 3rd Floor, United States Courthouse, 1301 Clay Street, Oakland, California, has been continued until **Thursday, April 3, 2008, at 2:00 p.m.**

Settlement Conference statements must be lodged no later than **Tuesday, March 25, 2008.** The parties must notify Magistrate Judge Brazil's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: March 6, 2008

Richard W. Wieking, Clerk
United States District Court

/s/ Michelle L. Sicula
By: Michelle L. Sicula
Law Clerk/Deputy Clerk

cc: parties, SC, WDB

1