UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE WAYNE D. BRAZIL**

CIVIL MINUTE ORDER

Date:  4-3-08                                         Time: 3  hours

DOCKET NO.:   C 07-4530 SC (WDB)

TITLE OF CASE:   SBA v. Altotech Ventures

ATTORNEY(S):

    Plaintiff:   Greg Nuti

    Defendants:   Craig White; Jack Russo (for Mr. Triant)

**PROCEEDINGS**

| | |
|---|---|
| [] INITIAL STATUS CONFERENCE | [X] SETTLEMENT CONFERENCE |
| [] FOLLOW-UP STATUS CONFERENCE | [] FOLLOW-UP SETTLEMENT CONF. |
| [] PRETRIAL CONFERENCE (NOT FINAL) | [] DISCOVERY CONF. (INFORMAL) |
| [] FINAL PRETRIAL CONFERENCE | [] DISCOVERY HEARING (FORMAL) |
| [] NONDISPOSITIVE MOTION (ORDER | [] EXAM. OF JUDGMENT DEBTOR |
| [] NONDISPOSITIVE MOTION (OPINION) | [] EVIDENTIARY HEARING |
| [] DISPOSITIVE MOTION | |
| [ ] OTHER: | |

NOTES

Mr. Nuti to call Magistrate Judge Brazil by Friday, April 11, 2008, regarding possible surgical motion or other process options.