UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

C-07-4530         SAMUEL CONTI        DATE 4/25/08
Case Number       Judge

Title: U.S. SMALL BUSINESS ADMIN. vs ALTO TECH VENTURES, et al.

Attorneys: GREG NUTI          DAMIEN LILLIS

Deputy Clerk: T. De Martini   Court Reporter: Juanita Gonzalez

Court  Pltf's  Deft's
(XXX)  (  )    (  )   1. Further Status Conference - Held

(  )   (  )    (  )   2.

(  )   (  )    (  )   3.

(  )   (  )    (  )   4.

(  )   (  )    (  )   5.

(  )Motion(s): (  )Granted  (  )Denied  (  )Withdrawn

(  )Granted/Denied  (  )Off Calendar  (  )Submitted

Order to be Prepared by:(  )Pltf  (  )Deft  (  )Court

Discovery Cutoff: 11/20/08   Pretrial Statements Due

Case Continued to 1/9/09 @ 10:00 A.M. for Pretrial Conference

Case Continued to 1/20/09 @ 9:30 A.M. for Jury Trial

Case Continued to                    for Further Status Conference

Case Continued to 12/5/08 @ 10:00 A.M. for Motions

ORDERED AFTER HEARING: Plaintiff to brief the issue of whether the Defendant is entitled to a jury trial. Parties may file Summary Judgment Motions as soon as they are ready.

cc: