Gregory C. Nuti (SBN 151754)
Schnader Harrrison Segal & Lewis LLP
One Montgomery Street, Suite 2200
San Francisco, California 94104-5501
Tel: (415) 364-6700
gnuti@schnader.com

Attorneys for Plaintiff United States Small Business
Administration in its capacity as Receiver for AltoTech II, L.P.

Craig M. White (admitted *pro hac vice*)
Chung-Han Lee (SBN 231950)
WILDMAN, HARROLD, ALLEN & DIXON, LLP
225 West Wacker Drive, Suite 2800
Chicago, Illinois  60606
Tel: (312) 201-2000
chunglee@wildman.com

Attorneys for Defendants Gloria Chen Wahl and Walter T.G. Lee

Jack Russo (SBN 96068)
John Kelly (SBN 100714)
RUSSO & HALE LLP
401 Florence Street
Palo Alto, California 94301
Tel: (650) 327-9800
jrusso@computerlaw.com

Attorneys for Defendant Thanos Triant

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| United States Small Business Administration in its capacity as Receiver for Alto Tech II, L.P., | Case No. C 07 4530 SC (WDB) |
| Plaintiff, | **JOINTLY STIPULATED REQUEST BY ALL PARTIES FOR ORDER CHANGING TIME AND [PROPOSED] ORDER** |
| vs. | |
| Alto Tech Ventures, LLC, a Delaware limited liability company; Alto Tech Management, LLC, a California limited liability company; Gloria Chen Wahl, an individual; Walter T.G. Lee, an individual, and Thanos Triant, an individual, | No Hearing Required<br>Date Submitted:       December 8, 2008<br><br>Judge:       The Honorable Samuel Conti |
| Defendants. | |

1

Plaintiff UNITED STATES SMALL BUSINESS ADMINISTRATION ("SBA"), in its capacity as Receiver for ALTO TECH II, L.P., and Defendants GLORIA C. WAHL, WALTER LEE, and THANOS TRIANT, hereby stipulate and respectfully request that the pretrial conference currently set for Friday, January 9, 2009 at 10:00 a.m. and the trial date of Tuesday, January 20, 2009 be continued pending the Court's determination of the pending Motions for Summary Judgment.

In support of this stipulation and joint motion, the Parties state as follows:

1.      The pretrial conference is currently set for January 9, 2009 at 10:00 a.m.

2.      The trial date is currently set for January 20, 2009.

3.      The parties have each submitted detailed motions for summary judgment (including Rule 56(f) requests) seeking summary judgment on some or all of the claims.  The hearing on the summary judgment motions was originally set for December 5, 2008.

4.      On December 2, 2008, the parties were informed by the Court that the December 5, 2008 hearing on the summary judgment motions was being vacated and that the Court would deem the motions submitted and the Court would rule on the written submissions.  All parties agree that the summary judgment motions raise important questions of  law for the Court's determination and the Court's ruling on the motions will have an important impact on the precise scope of triable issues and will likely simplify and clarify the scope of what remains to be tried before the requested jury.

5.      On November 10, 2008, the Court issued its Order re: Jury Trial Preparation for Judge Samuel Conti.  The November 10, 2008 pretrial order directs the parties to prepare, *inter alia*, a joint agreed upon, brief statement of the case, proposed *voir dire* questions, trial briefs, list of exhibits and exhibit binders, list of witnesses (including statement of the content of witnesses' testimony, deposition designations, joint jury instructions, proposed verdict form, and motions in limine.  The deadline for these pretrial pleadings and documents is as early as December 30, 2008 for motions *in limine* and by the January 9, 2009 pretrial conference hearing for the remainder of the filings.

6.      The pending motions for summary judgment may dispose of some or all of the claims at issue in this case and/or narrow the scope of the claims at issue for trial.  Moreover, preparing for trial, including preparing the pretrial pleadings and documents, will be both time-consuming and impose a substantial financial burden on the parties, especially the defendants who are individuals and not

corporate entities.  For these reasons and for the sake of economy and efficiency in accordance with Rule 1 of the Federal Rules of Civil Procedure and the Local Rules of this Court, the parties jointly agree and hereby request that the pretrial hearing and the trial date should be continued until after the motions for summary judgment have been decided and the parties can better gauge what issues and claims remains to be tried.

7.     Accordingly, the parties respectfully request a continuance of the pretrial conference date of January 9, 2009 and the trial date of January 20, 2009.  The parties respectfully request that the Court set a status conference for a date in early 2009 after the ruling on the motions for summary judgment at which time the Court can reset the pretrial conference date and the trial date.

8.     The parties have agreed to meet and confer in person following the Court's ruling on the cross-motions for summary judgment and to seek to use said decision to reduce the number of trial days in this case, to clarify the exhibits, deposition testimony and other evidence to be admitted by stipulation in this case, and to otherwise engage in a meaningful discussion with the view of lowering the overall costs, expenses, and time consumption involved in this case in accordance with Rule 1 of the Federal Rules of Civil Procedure and the Local Rules of this Court.

9.     Pursuant to Local Rules 6-2, this Stipulated Request is accompanied by the Declaration of Chung-Han Lee filed concurrently hereto.

10.     The parties note that no previous time modifications have been requested or made in this case.

Respectfully submitted,

Date:   December 8, 2008                                   _____/s/ Gregory C. Nuti_____

Counsel for Small Business Administration,
in its Capacity as Receiver for AltoTech II, L.P.

Date:   December 8, 2008                                   _____/s/ Chung-Han Lee_____

Counsel for Defendants Gloria C. Wahl and
Walter T.G. Lee

Date:   December 8, 2008                                   _____/s/ Jack Russo_____

Counsel for Defendant Thanos Triant

**PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Date:  December 9, 2008                                   _____

HON. S
United

DENIED

Judge Samuel Conti

STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of eighteen years and not a party to the within action. I am employed in the City of Chicago, County of Cook, Illinois; my business address is 225 West Wacker Drive, 28th Floor, Chicago, Illinois 60606.

On the date below, I served a copy, with all exhibits, of the following documents:

**STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER**

on all interested parties in the action, as follows:

X **By ECF Filing on**:

Jack Russo, Esq.
jrusso@computerlaw.com

Gregory C. Nuti, Esq.
gnuti@schnader.com

Timothy C. Davis, Esq.
tdavis@sfdavislaw.com

X **By E-Mail on**:

Arlene P. Messinger, Esq.
US Small Business Administration
409 3rd Street SW 7th Floor
Washington, DC 20416

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Chicago, Illinois on December 8, 2008.

/s/ Loretta Rosiejka

STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER