UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION IN ITS CAPACITY AS RECEIVER FOR ALTO TECH II, L.P.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALTO TECH Ventures, LLC, a Delaware limited liability company; Alto Tech Management, LLC, a California limited liability company; Gloria Chen Wahl, an individual; Walter T.G. Lee, an individual and Thanos Triant, an individual,<br><br>　　　　　Defendants. | Case No. 07-4530 SC<br><br>ORDER DENYING DEFENDANT THANOS TRIANT'S MOTION FOR LEAVE TO FILE MOTION <u>FOR RECONSIDERATION</u> |

　　　The present matter is before the Court on the Motion for Leave to File Motion for Reconsideration filed by the defendant Thanos Triant. Docket No. 101. Triant has failed to show a "manifest failure by the Court to consider material facts or dispositive legal arguments which were presented to the Court before" the Court's prior Order granting in part and denying in part Triant's summary judgment motion. Civil L.R. 7-9(b)(3); Docket No. 89. Instead, Triant's motion either rehashes arguments previously addressed by the Court or raises new arguments which Triant neglected to raise before the Court issued its Order on the various and extensively-briefed summary judgment motions. Neither

1   is sufficient for demonstrating that leave should be granted.
2   　　　Defendant Triant's Motion for Leave to File Motion for
3   Reconsideration is accordingly DENIED.

6   　　　IT IS SO ORDERED.

8   　　　Dated: January 5, 2009　　　　　　
9   　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE