UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION IN ITS CAPACITY AS RECEIVER FOR ALTO TECH II, L.P., <br><br> Plaintiff, <br><br> v. <br><br> ALTO TECH Ventures, LLC, a Delaware limited liability company; Alto Tech Management, LLC, a California limited liability company; Gloria Chen Wahl, an individual; Walter T.G. Lee, an individual and Thanos Triant, an individual, <br><br> Defendants. | Case No. 07-4530 SC <br><br> ORDER RE: HEARING ON MOTION FOR DETERMINATION OF GOOD <u>FAITH SETTLEMENT</u> |

On February 9, 2009, Defendants Gloria C. Wahl, Walter T.G. Lee, Alto Tech Ventures, LLC, and Alto Tech Management, LLC (collectively, the "Wahl Defendants") filed a Motion for Determination of Good Faith Settlement.  Docket 149.  Defendant Thanos Triant opposed the Motion, and the Wahl Defendants filed a Reply.  Docket Nos. 155, 158.  The parties are entitled to a hearing on the issue of the good faith of a settlement.  Cal. Code Civ. P. § 877.6(a)(1).

///

///

1      The parties shall appear for the hearing on May 15, 2009, at
2 10:00 a.m. in Courtroom 1, on the 17th floor, U.S. Courthouse, 450
3 Golden Gate Avenue, San Francisco, CA 94102.

5      IT IS SO ORDERED.

7      Dated: April 29, 2009

                                          UNITED STATES DISTRICT JUDGE