1  Gregory C. Nuti (Bar No. 151754)
   Margaret L. Sell (Bar No. 184088)
2  Schnader Harrison Segal & Lewis LLP
   One Montgomery Street, Suite 2200
3  San Francisco, CA  94104-5501
   Telephone: 415-364-6700
4  Facsimile: 415-364-6785
   Email:  gnuti@schnader.com
5  Email:  msell@schnader.com

6  Arlene P. Messinger
   Assistant General Counsel for SBIC Enforcement
7  U.S. Small Business Administration
   409 3rd Street, S.W., Seventh Floor
8  Washington, D.C. 20416
   Telephone (202) 205-6857
9  Facsimile (202) 481-0325

10 Attorneys for Plaintiff,
   United States Small Business Administration in its
11 capacity as Receiver for Alto Tech II, L.P.

12                      UNITED STATES DISTRICT COURT

13                     NORTHERN DISTRICT OF CALIFORNIA

14                         SAN FRANCISCO DIVISION

| | |
|---|---|
| United States Small Business Administration in its capacity as Receiver for Alto Tech II, L.P.,<br><br>Plaintiff,<br><br>vs.<br><br>Alto Tech Ventures, LLC, a Delaware limited liability company; Alto The Management, LLC, a California limited liability company; Gloria Chen Wahl, an individual; Walter T.G. Lee, an individual; and Thanos Triant, an individual,<br><br>Defendants. | Case No.: C 07-4530 SC (WDB)<br><br>**STIPULATION OF DISMISSAL OF COMPLAINT** |

   It is hereby stipulated by and between the parties to this action, through their counsel of record, that:

   1. The above-captioned action be, and hereby is, dismissed with prejudice pursuant to

      Federal Rule of Civil Procedure, Rule 41(a)(1), with each party to bear their own

      attorney fees and costs..

1

1  2. This Court will retain jurisdiction over this matter for the purpose of ruling on the
2  pending Motion for Determination of Good Faith Settlement filed in this matter by
3  defendants Gloria Wahl, Walter Lee, Alto Tech Ventures, LLC, and Alto Tech
4  Management, LLC currently scheduled for hearing on April 3, 2009 at 10:00 a.m. .
5

6  Dated: February 27, 2009                SCHNADER HARRISON SEGAL & LEWIS LLP
7
8                                          By: /s/ Gregory C. Nuti
                                                Gregory C. Nuti
9                                               Attorney for Plaintiff, the United States
                                                Small Business Administration in its
10                                              capacity as Receiver for Alto Tech II, L.P.
11
12 Dated: February 27, 2009                RUSSO & HALE LLP
13
                                            By: /s/ Jack Russon
14                                              Jack Russo
                                                Attorney for Defendant Thanos Triant
15
16 Dated: February 27, 2009                WILDMAN, HARROLD ALLEN & DIXON LLP
17
                                            By: /s/ Chung-Han Lee
18                                              Chung-Han Lee
                                                Attorney for Defendants Gloria Wahl and
19                                              Walter T.G. Lee
20
21
22
23       IT IS SO ORDERED
         Judge Samuel Conti
         UNITED STATES DISTRICT COURT
         NORTHERN DISTRICT OF CALIFORNIA
24
25
26
27                                          May 15, 2009
28

2